AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>Alfred Domenick Wright<br><br>*Defendant(s)* | Case No. 3:17mj296 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 6, 2017__ in the county of __Richland__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1), 924(a) and 924(e) | Felon in Possession of Firearms and Ammunition |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Joshua Boyce Loomis
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/07/2017__

_____
*Judge's signature*

City and state: __Columbia, South Carolina__    Shiva V. Hodges, United States Magistrate Judge
*Printed name and title*