## AMENDED AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Joshua Boyce Loomis, being duly sworn, depose and state that:

1.      I am a Special Agent with the Federal Bureau of Investigation, in Columbia, South Carolina. I have served on the Violent Gang and Drug Squad and the Columbia Violent Gang Task Force (CVGTF) since being assigned to the FBI's Columbia Field Office in August 2016. In my work with the FBI, I have participated as a co-case agent and investigative agent in multiple gang and narcotics investigations, including investigations involving the use of wiretaps. Additionally, I have been the Affiant on applications for search warrants, tracking warrants, and complaints. As an investigative agent, I have received advanced specialty training in the areas including the interception of telephone communications, fundamentals of telecommunications, electronic forensics, data analysis, cellular analysis, as well as having received extensive training in advanced gang and narcotics investigations.

2.      As a result of my training and experience as a FBI Special Agent, I am familiar with federal criminal laws and know that the following is a violation of 18 U.S.C. § 922 (g)(1). I am aware of the facts contained herein based upon my own investigation, as well as information provided to me by other law enforcement officers. Since this Affidavit is submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not included each and every fact known by law enforcement concerning the incident outlined below.

3.      During the early morning hours of Wednesday, December 6, 2017, I, along with other law enforcement agents, executed a federal search warrant at 146 Dry Branch Way, Hopkins, SC, the residence of Alfred Domenick Wright. Wright and a female subject, Ebony Morris, were present at the residence during the execution of the warrant. During the search of the residence, agents located and seized four firearms: a loaded Glock semiautomatic handgun, located on the bedroom floor, along with a holster and an extra loaded magazine; various rounds of ammunition, including a box

marked .380 Auto, Full Metal Jacket, which contained three rounds of ammunition, located in the bedroom; a loaded Raven .25 caliber chrome handgun, located in the springs of a sofa in the living room; a loaded Glock .45 handgun, found in a Bud Light carton on top of the refrigerator; and a Taurus PT 145 Pro .45 caliber handgun, located in a pile of clothes in the hallway. In addition to the firearms and ammunition, agents found and seized a small quantity of a white powdery substance believed to be cocaine, a digital scale, 22 pit bull-type dogs (many of which had scarring and other injuries indicative of dog fighting), and other dogfighting paraphernalia.

4.      I advised Wright of his rights pursuant to *Miranda*; he agreed to waive those rights and signed a written waiver form to that effect. Thereafter, Wright advised that he and his girlfriend, Ebony Morris, were the only current occupants of the residence. While Wright did not admit to possessing the firearms and other contraband found in the home, he did not deny possession, and specifically advised that none of it belonged to his girlfriend. When interviewed, Morris advised that she had seen Wright in possession of the Glock that had been found in the bedroom.

5.      Interstate Nexus - On December 6, 2017, Special Agent Richard Brown, ATF Nexus Expert, advised that the seized guns and ammunition were not manufactured in the State of South Carolina. Therefore, it is Special Agent Brown's expert opinion that the guns and ammunition had traveled in and affecting interstate commerce as defined in 18 U.S.C. § 921(a)(2).

6.      Criminal History Record for Wright – On August 22, 2007, a federal grand jury returned an Indictment charging Wright with Using and Carrying a Firearm during and in Relation to a Drug Trafficking Crime (Count 1), Possession with Intent to Distribute Cocaine (Count 2), Distribution of Cocaine and Cocaine and Cocaine Base (Count 3), and Possession with Intent to Distribute 5 grams or more of Cocaine Base (Count 4.) On November 27, 2007, Wright pled guilty to Counts 1 and 4 of the Indictment, and, on April 15, 2008, the Honorable Margaret B. Seymour, United States

District Judge for the District of South Carolina, sentenced Wright to 130 months, followed by a four-year term of supervised release. According to the United States Probation Office, Wright was released from prison on September 1, 2016; he is currently on supervised release, which is scheduled to terminate on August 31, 2020.

Each of the Wright's prior federal convictions is a crime punishable by imprisonment for a term exceeding one year; thus, Wright is prohibited from possessing firearms and ammunition.

7.    Wherefore, based upon all of the information set forth in this Affidavit, I respectfully submit that there is probable cause to believe that on or about December 6, 2017, Alfred Domenick Wright did violate 18 U.S.C. § 922(g)(1) by possessing firearms and ammunition after being convicted of a crime punishable by a term of imprisonment exceeding one year. In consideration of the foregoing, I respectfully request that this Court issue a criminal complaint and arrest warrant for Alfred Domenick Wright.

Assistant United States Attorney Jane B. Taylor has reviewed this affidavit.

Special Agent Joshua Boyce Loomis
Federal Bureau of Investigations

Sworn to and subscribed before me this _7th_ day of December, 2017.

Shiva V. Hodges
United States Magistrate Judge